STATE OF MAINE
CUMBERLAND, ss

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-00-059

NM -CUM- 1/4/2001

ALLEN BAUER et al,

Plaintiffs

Jan 1  8 04 AM '01

vs.

DECISION AND ORDER

TOWN OF GRAY,

Defendant

The plaintiffs appeal the 6/16/00 decision of the Town of Gray Zoning Board of Appeals (ZBA). The ZBA affirmed the Code Enforcement Officer's determination that the transfer of property between the plaintiffs was a sale and not a gift. See Exhibits C, F, & G.

The plaintiffs have failed to show that the evidence in the record compels a conclusion contrary to the one reached by the ZBA. See Two Lights Lobster Shack v. Town of Cape Elizabeth, 1998 ME 153, ¶ 5, 712 A.2d 1061, 1063. The ZBA relied on the Transfer Tax Declaration, sign and sworn to by plaintiff Bauer, and not the Warranty Deed in making its decision. See Exhibits A & B; Boivin v. Town of Sanford, 588 A.2d 1197, 1199 (Me. 1991); see also 30-A M.R.S.A. § 4401(4)(D) (1996); Hyler v. Town of Blue Hill, 570 A.2d 316, 317 (Me. 1990); Affidavit of Plaintiff Bauer, Exhibit G at 6-7.

The entry is

The Plaintiffs' Appeal is DENIED. The Decision of the Town of Gray Zoning Board of Appeals is AFFIRMED.

Date: January 1, 2001

Nancy Mills
Justice, Superior Court

Date Filed __07-30-00__    __CUMBERLAND__    Docket No. ___AP 00-059___

County

Action ___APPEAL 80(B)___

ALLEN BAUER                   TOWN OF GRAY
RODNEY LLOYD

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| WILLIAM S. KANY ESQ 282-1527 | WILLIAM H. DALE, ESQ 775-7271 |
| PO BOX 1179, SACO, ME 04072 | PO BOX 4510, PORTLAND ME 04112 |

Date of
Entry